UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MURPHY BUSINESS AND FINANCIAL
CORPORATION,

    Plaintiff,

v.                                            CASE NO: 8:12-cv-83-T-23AEP

FRANK SCIVALLY, et al.,

    Defendants.
_____/

## **ORDER**

       A business brokerage, the plaintiff alleges trademark infringement and a handful of other violations against the defendant franchisees. The plaintiff moves (Doc. 11) for a preliminary injunction. In response, the defendants deny (Doc. 22) the continuing use of the plaintiff's trademark and consent to an injunction that prohibits using the trademark. A February 13, 2012, order (Doc. 14) refers the motion to Magistrate Judge Porcelli for a report and recommendation.

       During a March 16, 2012, hearing, the plaintiff orally amended the amended motion and requested a preliminary injunction (1) that requires the defendants to provide to the plaintiff approximately twenty "business listings" designating the defendant Murphy Business and Financial Corporation Southwest, Inc. ("Southwest"), as the "broker of record," and (2) that directs Southwest to allow customers to use the plaintiff or the plaintiff's designee as a "broker of record."

Magistrate Judge Porcelli recommends a denial of the orally amended motion because the plaintiff (1) failed to comply with Local Rules 4.05(b)(1)–(5) and 4.06, which govern a motion for a preliminary injunction, and (2) failed to demonstrate irreparable harm. *See Northeastern Fla. Chapter of the Assoc. Gen. Contractors v. City of Jacksonville*, 896 F.2d 1283, 1285 (11th Cir. 1990). Based on the consent of the parties, Magistrate Judge Porcelli recommends an injunction (1) that prohibits the defendants from using Murphy's trademarks and Murphy's confidential information and (2) that directs the defendants to return Murphy's confidential information. No party objects.

The report and recommendation (Doc. 38) is **ADOPTED**. The amended motion for a preliminary injunction (Doc. 11), as orally amended during the March 16, 2012, hearing, is **GRANTED IN PART AND DENIED IN PART**. The defendants (1) shall not use either Murphy's trademarks or Murphy's confidential information and (2) shall return Murphy's confidential information on or before seven days after entry of this order.

ORDERED in Tampa, Florida, on June 6, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE